NUMBERS 13-07-00761-CV and 13-09-00269-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


__________________________________________________________

 

BERRY SIMMONS AND SARAH SIMMONS, 

HEIRS, AND THE HARRISON FAMILY, Appellants,


v.



JAMES A. BOULIGNY AND ELSIE SALLEE, Appellees. 

__________________________________________________________


On appeal from the 130th District Court 


of Matagorda County, Texas.


__________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam 


 Berry Simmons and Sarah Simmons, Heirs, ("Simmons") and the Harrison Family
("Harrison") perfected an appeal from a judgment entered by the 130th District Court of
Matagorda County Texas, in cause number 03-E-0287-C. The Harrison brief was due on
July 16, 2008. On March 27, 2009, the Clerk of the Court notified appellant Harrison that
the brief had not been timely filed and that the appeal was subject to dismissal for want of
prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days
from the date of receipt of this letter, appellant Harrison reasonably explained the failure
and the appellee was not significantly injured by the appellant's failure to timely file a brief. 
Appellant Harrison has not responded. 

 Appellant Harrison has failed to either reasonably explain his failure to file a brief,
file a motion for extension of time to file his brief, or file his brief. Accordingly, the Harrison
appeal, 13-07-00761-CV, is DISMISSED FOR WANT OF PROSECUTION. See Tex. R.
App. P. 38.8(a), 42.3(b). The appeal with respect to appellants Berry Simmons and Sarah
Simmons, Heirs, is ordered SEVERED and docketed in Cause No. 13-09-00269-CV styled
Berry Simmons and Sarah Simmons, Heirs v. James A. Bouligny and Elsie Sallee, and will
proceed in due course. 

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 25th day of June, 2009.